```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   BANQU, INC,                                                :
                            Plaintiff,                        :
                                                              :   24 Civ. 5020 (LGS)
                -against-                                     :
                                                              :        ORDER
   KEURIG TRADING SARL,                                       :
                            Defendant.                        :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated July 8, 2024, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for August 28, 2024;

WHEREAS, Defendant executed a waiver of service on July 17, 2024;

WHEREAS, Defendant has not appeared in this case;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **August 28, 2024,** and shall explain why they have not complied with the Court's deadlines. If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with the Defendants, no later than **August 28, 2024**, Plaintiff shall file a status letter requesting further adjournment of the initial conference for up to 30 days. It is further

**ORDERED** that the initial pretrial conference scheduled for August 28, 2024, is adjourned to **September 4, 2024, at 4:20 P.M.**

Dated: August 22, 2024
       New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**