UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                             :
BANQU, INC.,                                      :
                           Plaintiff,                    :
                                                       :      24 Civ. 5020 (LGS)
                  -against-                           :
                                                       :           <u>ORDER</u>
KEURIG TRADING SARL,                  :
                           Defendant.               :
                                                       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for September 4, 2024;

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

        **ORDERED** that the September 4, 2024, initial pretrial conference is **CANCELED**.  If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

        **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

        The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 29, 2024
        New York, New York

                                                     LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**